# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2016

152484

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

DRAGEN PERKOVIC,
      Plaintiff-Appellant,

v

ZURICH AMERICAN INSURANCE COMPANY,
      Defendant-Appellee.

SC: 152484
COA: 321531
Wayne CC: 09-019740-NF

_____/

      On order of the Court, the application for leave to appeal the September 10, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the plaintiff, or someone in his behalf, satisfied the notice requirements of MCL 500.3145(1). The parties should not submit mere restatements of their application papers.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2016



a0518

Clerk